E-FILED
Wednesday, 10 February, 2016  02:32:23 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL & REINFORCING IRONWORKERS, LOCAL UNION NO. 380, LOCAL UNION NO. 380 JOINT APPRENTICESHIP COMMITTEE, AND LOCAL UNION NO. 380 RETIREMENT AND SEVERENCE FUND, | ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) CASE NO. ) |
| v. | ) JUDGE: ) |
| CREATIVE CONSTRUCTION BY DESIGN, A CORPORATION, | ) ) ) ) |
| Defendant. | ) |

## ***COMPLAINT***

Plaintiffs, the INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL AND REINFORCING IRON WORKERS, LOCAL UNION NO. 380, et al., by their attorney, Michael J. McGuire, and the law firm of Gregorio & Associates, complain of the Defendant, CREATIVE CONSTRUCTION BY DESIGN, A CORPORATION, and allege as follows:

1. This action arises under Section 502 of the Employee Retirement Income Security Act (hereinafter referred to as "ERISA"). Jurisdiction is founded on the existence of questions arising thereunder.

2. The LOCAL UNION NO. 380 JOINT APPRENTICESHIP COMMITTEE, and the LOCAL UNION NO. 380 RETIREMENT and SEVERENCE FUND, (hereinafter referred to as the "Trust Funds") receive contributions from numerous employers pursuant to Collective Bargaining Agreements between the employers and the INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL AND REINFORCING IRONWORKERS, LOCAL UNION NO. 380, (hereinafter referred to as the "Union").

3. The Trust Funds are multi-employer plans as defined under 29 U.S.C. § 1002.

4. The Plaintiff Funds are administered in Urbana, Illinois and the Defendant does business in the Central District of Illinois and venue is proper in the Central District of Illinois.

5. Defendant, CREATIVE CONSTRUCTION BY DESIGN, A COMPANY, is an employer engaged in an industry affecting commerce which entered into a Participating Collective Bargaining Agreement (hereinafter referred to as the "CBA") with the Union. The CBA binds the Defendant to the terms of the Trust Agreements, which created the Trust Funds. A copy of the signature page of the relevant CBA is attached as **Exhibit A**.

6. The CBA and Trust Agreements require the employers to submit monthly reports listing the hours worked by its bargaining unit employees (hereinafter referred to as "monthly contribution reports") and to make concurrent payment of contributions to the Trust Funds based upon the hours worked by said employees.

7. As an employer obligated to make fringe benefit contributions to the Trust Funds, Defendant is specifically obligated to compensate Plaintiffs for the additional administrative costs and burdens imposed by Defendant's failure to pay, or untimely payment of, contributions, by paying liquidated damages on the whole amount of contributions remaining unpaid, with interest, as provided in 29 U.S.C. §1132(g).

8. As an employer obligated to make fringe benefit contributions to the Trust Funds, Defendant is specifically obligated to pay Plaintiff's reasonable attorneys' fees and costs necessarily incurred in the prosecution of any action to recover delinquent contributions, as provided in 29 U.S.C. §1132(g).

9. The Defendant has breached the provisions of the CBA and Trust Agreements by failing to submit the all required contributions for the time period of January 1, 2011 through December 31, 2012.

10. Plaintiffs caused an audit to be conducted on the Defendant's books and records for the period of January 1, 2011 through December 31, 2012. The audit results show that the Defendant owes Plaintiffs $588,522.16 in unpaid contributions for that period.

11. Plaintiffs have requested that Defendant perform its obligations listed above, but Defendant has failed and refused to so perform.

12.     As a result of said breach, the Defendant is also liable to the Plaintiffs for either liquidated damages and interest pursuant to the CBA, Trust Agreements and 29 U.S.C. §1132(g)(2)(B); or double interest pursuant to E.R.I.S.A., 29 U.S.C. §1132(g)(2)(C).

WHEREFORE, Plaintiffs pray:

- A. That the Defendant be ordered to submit all contributions due for the months of August 2014 forward;
- B. That the Defendant be ordered to pay interest on the amount that is due pursuant to 29 U.S.C. §1132(g)(2)(B).
- C. That the Defendant be ordered to pay liquidated damages pursuant to 29 U.S.C. §1132(g)(2)(C).
- D. That the Defendant be ordered to pay the reasonable attorney fees and costs incurred by the Plaintiffs.
- E. That Plaintiffs have such other and further relief as the Court deems just and equitable.

BY: /s/ Michael J. McGuire
Michael J. McGuire

Michael J. McGuire
ARDC #: 6290180
Gregorio Marco, Ltd.
Attorney for Plaintiffs
2 North LaSalle Street, Suite 1650
Chicago, IL 60602
(312) 263-2343