IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL & REINFORCING IRONWORKERS, LOCAL UNION NO. 380, LOCAL UNION NO. 380 JOINT APPRENTICESHIP COMMITTEE, AND LOCAL UNION NO. 380 RETIREMENT AND SEVERENCE FUND, | ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) CASE NO. 16 CV 02035 ) |
| v. | ) JUDGE: Hon. Colin S. Bruce ) |
| CREATIVE CONSTRUCTION BY DESIGN, A CORPORATION, | ) MAGISTRATE JUDGE: E. Long ) ) |
| Defendant. | ) |

## CITATION TO DISCOVER ASSETS

TO:  Neil Roach of Creative Construction by Design
c/o Carl Draper
Feldman Wasser
1307 S. 7th Street
Springfield, IL 62703

YOU ARE HEREBY SUMMONED to be present in person at the Iron Workers Local 380 Union Hall, 1602 Butzow Drive, Urbana, IL 61802 at **11:00 a.m. on Tuesday, June 6, 2017** and then and there to answer under oath such questions as may be put to you concerning the personal and real property of and/or indebtedness due the above-named Defendant, CREATIVE CONSTRUCTION BY DESIGN and to abide further orders of the Court.

YOU ARE FURTHER COMMANDED to produce at said time and place all books, papers and records in your possession or control which may contain information concerning the property or income of Defendant or indebtedness due Defendant, including but not limited to:

- All bank accounts you currently have open under the name of Defendant. If you have none currently open in the name of Defendant, a final statement of the bank accounts you did have open while operating Defendant corporation.
- Any and all documents showing the winding-down and/or dissolution of the Defendant corporation, including bills of sale for any and all assets which were sold;
- Tax returns from the last two years the Defendant operated, as well as a final tax return indicating that the Defendant corporation ceased to operate.
- A list of all outstanding receivables owed to Defendant, if any;
- A list of assets owned by the Defendant;
- A list of all anticipated payouts from general contractors due to Defendant, if any.

Please provide copies of the above documents to Plaintiffs' counsel at least seven (7) days before the date of the Citation.

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which it may be entitled or which may be acquired by or become due to it; and from paying over to otherwise disposing of any money not so exempt, which is due or becomes due to it, until the further order of the Court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of the judgment.

YOUR FAILURE TO COMPLY WITH THIS CITATION MAY SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT.

Judgment was entered in favor of the Plaintiffs on March 30, 2017 in the aggregate sum of $70,000.00, all of which remains unsatisfied.

_____
Attorney Signature

By: _____
CLERK OF THE COURT

_____
DEPUTY CLERK

DATED: 4-24-17

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

INTERNATIONAL ASSOCIATION OF BRIDGE, )
STRUCTURAL, ORNAMENTAL & REINFORCING )
IRONWORKERS, LOCAL UNION NO. 380, LOCAL )
UNION NO. 380 JOINT APPRENTICESHIP )
COMMITTEE, AND LOCAL UNION NO. 380 )
RETIREMENT AND SEVERENCE FUND, )
)
)
Plaintiffs, ) CASE NO. 16 CV 02035
)
v. ) JUDGE: Hon. Colin S. Bruce
)
CREATIVE CONSTRUCTION ) MAGISTRATE JUDGE: E. Long
BY DESIGN, A CORPORATION, )
)
Defendant. )

## CITATION NOTICE

**Judgment Debtors' Last Known Address**
**Name:** Neil Roach of Creative Construction By Design

**Address:** C/O Carl Draper
Feldman Wasser
1307 S. 7th Street
Springfield, IL 62703

**Judgment Creditor/Creditor's Attorney:**
**Name:** Kristin Thoma

**Address:** Gregorio Marco
1650 N. LaSalle Street, Suite 1650
Chicago, IL 60602

| | |
|---|---|
| Judgment in the amount of: | $70,000.00 on March 30, 2017, of which $70,000.00 remains unsatisfied. |
| Name of person receiving Citation: | Neil Roach as President of Creative Construction by Design |
| Citation Date: | June 6, 2017 at 11:00 a.m. |
| Location of Citation: | Iron Workers Local 380, 1602 Butzow Drive, Urbana, IL 61802 |

NOTICE:   The court has issued a citation against the person named above. The citation directs that person to appear at the Iron Workers Local 380 Union Hall to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtors or in which the judgment debtors has an interest. The Citation was issued on the basis of a judgment entered against the judgment debtors in favor of the judgment creditor in the amount stated above. On or after the citation date, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. The JUDGMENT DEBTORS HAVE THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTORS WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE.

1) Under Illinois or Federal law, the exemptions of personal property exist. The following personal property, owned by the debtor, is exempt from judgment, attachment, or distress for rent:

(a) The necessary wearing apparel, bible, school books, and family pictures of the debtor and the debtor's dependents;
(b) The debtor's equity interest, not to exceed $ 4,000 in value, in any other property;
(c) The debtor's interest, not to exceed $ 2,400 in value, in any one motor vehicle;
(d) The debtor's equity interest, not to exceed $ 1,500 in value, in any implements, professional books, or tools of the trade of the debtor;
(e) Professionally prescribed health aids for the debtor or a dependent of the debtor;
(f) All proceeds payable because of the death of the insured and the aggregate net cash value of any or all life insurance and endowment policies and annuity contracts payable to a wife or husband of the insured, or to a child, parent, or other person dependent upon the insured, whether the power to change the beneficiary is reserved to the insured or not and whether the insured or the insured's estate is a contingent beneficiary or not;
(g) The debtor's right to receive:
   (1) a social security benefit, unemployment compensation, or public assistance benefit;
   (2) a veteran's benefit;
   (3) a disability, illness, or unemployment benefit; and
   (4) alimony, support, or separate maintenance, to the extent reasonably necessary for the support of the debtor and any dependent of the debtor.
(h) The debtor's right to receive, or property that is traceable to:
   (1) an award under a crime victim's reparation law;
   (2) a payment on account of the wrongful death of an individual of whom the debtor was a dependent, to the extent reasonably necessary for the support of the debtor;
   (3) a payment under a life insurance contract that insured the life of an individual of whom the debtor was a dependent, to the extent reasonably

necessary for the support of the debtor or a dependent of the debtor;
   (4) a payment, not to exceed $ 15,000 in value, on account of personal bodily injury of the debtor or an individual of whom the debtor was a dependent; and
   (5) any restitution payments made to persons pursuant to the federal Civil Liberties Act of 1988 [50 U.S.C. § 1989b et seq.] and the Aleutian and Pribilof Island Restitution Act, P.L. 100-383 [50 U.S.C. § 1989c et seq.].
For purposes of this subsection (h), a debtor's right to receive an award or payment shall be exempt for a maximum of 2 years after the debtor's right to receive the award or payment accrues; property traceable to an award or payment shall be exempt for a maximum of 5 years after the award or payment accrues; and an award or payment and property traceable to an award or payment shall be exempt only to the extent of the amount of the award or payment, without interest or appreciation from the date of the award or payment.
(i) The debtor's right to receive an award under Part 20 of Article II of this Code [735 ILCS 5/2-2001 et seq.] relating to crime victims' awards.
Money due the debtor from the sale of any personal property that was exempt from judgment, attachment, or distress for rent at the time of the sale is exempt from attachment and garnishment to the same extent that the property would be exempt had the same not been sold by the debtor.

If a debtor owns property exempt under this Section and he or she purchased that property with the intent of converting nonexempt property into exempt property or in fraud of his or her creditors, that property shall not be exempt from judgment, attachment, or distress for rent. Property acquired within 6 months of the filing of the petition for bankruptcy shall be presumed to have been acquired in contemplation of bankruptcy.

The personal property exemptions set forth in this Section shall apply only to individuals and only to personal property that is used for personal rather than business purposes. The personal property exemptions set forth in this Section shall not apply to or be allowed against any money, salary, or wages due or to become due to the debtor that are required to be withheld in a wage deduction proceeding under Part 8 of this Article XII [735 ILCS 5/12-801 et seq.].

2) Under Illinois law, every person is entitled to an estate in homestead. Every individual is entitled to an estate of homestead to the extent in value of $ 15,000 of his or her interest in a farm or lot of land and buildings thereon, a condominium, or personal property, owned or rightly possessed by lease or otherwise and occupied by him or her as a residence, or in a cooperative that owns property that the individual uses as a residence. That homestead and all right in and title to that homestead is exempt from attachment, judgment, levy, or judgment sale for the payment of his or her debts or other purposes and from the laws of conveyance, descent, and legacy, except as provided in this Code or in Section 20-6 of the Probate Act of 1975 [755 ILCS 5/20-6]. This Section is not applicable between joint tenants or tenants in common but it is applicable as to any creditors of those persons. If 2 or more individuals own property that is exempt as a homestead, the

value of the exemption of each individual may not exceed his or her proportionate share of $ 30,000 based upon percentage of ownership.

3)  Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of disposable earnings for a week exceed the total of 45 times the federal minimum hourly wage.

4)  Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed the total of 30 times the federal minimum hourly wage.

5)  Pension and retirement benefits and refunds may be claimed as exempt under Illinois law. The judgment debtors may have other possible exemptions under the law.

6)  In accordance with the provision of Section 522(b) of the Bankruptcy Code of 1978, (11 U.S.C. 522(b)), residents of this State shall be prohibited from using the federal exemptions provided in Section 522(d) of the Bankruptcy Code of 1978 (11 U.S.C. 522(d)), except as may otherwise be permitted under the laws of Illinois.

THE JUDGMENT DEBTORS HAVE THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtors also have the right to seek a declaration at an earlier date, by notifying the clerk in writing at 219 South Dearborn Street, Rm. 2074, Chicago, IL 60604. When so notified, the Clerk of the Court will provide a hearing date and the necessary forms that must be prepared by the judgment debtors or the attorney for the judgment debtors and sent to the judgment creditor regarding the time and location of the hearing.

<u>This notice may be sent by regular first class mail.</u>

Gregorio & Associates
Two North LaSalle, Suite 1650
Chicago, IL 60602
312/263-2343